```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REBECCA ROTTIER,

                              **Plaintiff,**                    21-CV-05526 (JPC)(SN)

      -against-                                                   **ORDER**

**ROBERT J. GUMENICK,**

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the approaching March 17, 2022 deadline for the completion of fact discovery, the parties shall file a letter by March 7, 2022, informing the Court as to the status of this case.

      The Clerk of Court is respectfully ordered to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

                                                           _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:       March 1, 2022
                  New York, New York